UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VALADEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CSX INTERMODAL TERMINALS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-05433-EDL<br><br>**CASE MANAGEMENT ORDER** |

On March 15, 2016, the Court held a case management conference in this case at which it set the following briefing schedule for Defendants' motion regarding whether Plaintiffs' claims are preempted by Federal law:

> Defendants' motion is due: May 27, 2016
>
> Plaintiffs' opposition is due: June 10, 2016
>
> Defendants' reply is due: June 17, 2016
>
> Hearing: July 6, 2016 at 9:00 a.m.

A further case management conference is set for August 2, 2016 at 10:00 a.m. The Parties' updated joint case management conference statement shall be filed no later than July 26, 2016.

**IT IS SO ORDERED.**

Dated: March 21, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge